IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Kenneth Tidwell, | ) | C/A No.: 3:11-cv-3531-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| South Carolina Sunshine Hotel Group, LLC, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

For the reasons stated in open court at the hearing held on April 27, 2012, this court hereby denies Defendant South Carolina Sunshine Hotel Group, LLC's Motion to Dismiss (ECF No. 26).

IT IS SO ORDERED.

April 27, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge